Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−30071−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony R. Avallone
   aka Anthony V. Avallone
   17 Denise Court
   Lincroft, NJ 07738

Social Security No.:
   xxx−xx−7422

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/14/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 17, 2020
JAN: kmm

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                         Case No. 18-30071-MBK
    Anthony R. Avallone                                        Chapter 13
              Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 2           Date Rcvd: Jul 17, 2020
                              Form ID: 148                 Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2020.
db             +Anthony R. Avallone,    17 Denise Court,    Lincroft, NJ 07738-1503
517831637      +Bank of America,    Attn: Bankruptcy,    PO Box 36655,    Dallas, TX 75235-1655
517803213      +Central Credit Services LLC,    500 North Franklin Turnpike Ste 200,    Ramsey, NJ 07446-1160
517803223      +Ditech Financial, LLC,    1100 Virginia Drive,    Suite 100A,    Fort Washington, PA 19034-3277
517803217      +Equifax,   PO Box 740241,    Atlanta, GA 30374-0241
517803218      +Experian,   Profile Maintenance,    PO Box 9558,    Allen, TX 75013-9558
517803219      +Fein Such Kahn & Shepard,    7 Century Drive,    Suite 201,    Parsippany, NJ 07054-4673
517803220      +Real Time Resolutions,    4909 Savarese Cir,    Tampa, FL 33634-2413
517918014      +THE BANK OF NEW YORK MELLON,    Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd., 5th Floor,    Coral Gables, FL 33146-1837
518726817       THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    P.O. Box 10826,
                 Greenville, SC  29603-0826
518726818       THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    P.O. Box 10826,
                 Greenville, SC  29603-0826,    THE BANK OF NEW YORK MELLON FKA THE BANK,    P.O. Box 10826,
                 Greenville, SC  29603-0826
517836269      +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    c/o Jenelle C. Arnold,
                 ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,    P.O. Box 17933,
                 San Diego, CA 92177-7921
517803222      +Trans Union Corporation,    Public Records Department,    555 West Adams St.,
                 Chicago, IL 60661-3631

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 18 2020 02:52:28      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 18 2020 02:52:22      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517817611       EDI: BECKLEE.COM Jul 18 2020 05:38:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517803210      +EDI: AMEREXPR.COM Jul 18 2020 05:38:00      Amex,    Correspondence,    Po Box 981540,
                 El Paso, TX 79998-1540
517803211      +EDI: AMEREXPR.COM Jul 18 2020 05:38:00      Amex,    Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
517803212       EDI: BANKAMER.COM Jul 18 2020 05:38:00      Bank of America,    PO BOX 31785,
                 Tampa, FL 33631-3785
517803214      +E-mail/Text: bankruptcy.notifications@fisglobal.com Jul 18 2020 02:52:58       Chexsystems, Inc.,
                 Attn: Customer Relations,    7805 Hudson Road, Suite 100,    Woodbury, MN 55125-1703
517803215      +EDI: CITICORP.COM Jul 18 2020 05:38:00      Citibank,    Citicorp Cr Srvs/Centralized Bankruptcy,
                 Po Box 790040,    S Louis, MO 63179-0040
517803216      +EDI: CITICORP.COM Jul 18 2020 05:38:00      Citibank,    Po Box 6241,
                 Sioux Falls, SD 57117-6241
517905898       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 18 2020 02:54:41       LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517803224      +E-mail/Text: bkdepartment@rtresolutions.com Jul 18 2020 02:52:41      Real Time Resolutions,
                 Attn: Bankruptcy,    Po Box 36655,    Dallas, TX 75235-1655
517916945       EDI: TDBANKNORTH.COM Jul 18 2020 05:43:00      TD Bank, N.A.,    70 Gray Road,
                 Falmouth, ME  04105
517915337       EDI: TDBANKNORTH.COM Jul 18 2020 05:43:00      TD Bank, N.A.,
                 c/o Schiller Knapp Lefkowitz Hertzel LLP,    70 Gray Road,    Falmouth, ME 04105
517803221       EDI: TDBANKNORTH.COM Jul 18 2020 05:43:00      Td Banknorth,    32 Chestnut St,
                 Lewiston, ME 04240
517803225       EDI: TDBANKNORTH.COM Jul 18 2020 05:43:00      Td Banknorth,    Attn: Bankruptcy,    Po Box 1190,
                 Lewston, ME 04243
                                                                                               TOTAL: 15

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2020                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin               Page 2 of 2            Date Rcvd: Jul 17, 2020
                              Form ID: 148              Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2020 at the address(es) listed below:
```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC as servicer for The Bank
               of New York Mellon FKA The Bank of New York, as Trustee Et Al... dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jill   Manzo    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, as servicer for THE BANK OF
               NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWMBS 2007-16) bankruptcy@feinsuch.com
              Jonathan Goldsmith Cohen    on behalf of Debtor Anthony R. Avallone
               imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC as servicer for The
               Bank of New York Mellon FKA The Bank of New York, as Trustee Et Al... kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Richard James Tracy, III    on behalf of Creditor    TD Bank, N.A. rtracy@hillwallack.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```